1044

THE STATE OF WASHINGTON, *Respondent,* v. LORRAINE HANCOCK, *Appellant.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 6020, Frank L. Price, J., entered September 30, 1976. *Reversed* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent,* v. JOAN M. CURRAH, *Appellant.*

Appeal from a judgment of the Superior Court for Thurston County, No. C–5250, Hewitt A. Henry, J., entered November 5, 1975. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Pearson, C.J., and Reed, J.

JOHN THOMAS WOODWARD, ET AL, *Appellants,* v. JOHN STEELE, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Grant County, No. 24828, Fred Van Sickle, J., entered March 11, 1977. *Affirmed as modified* and *remanded with instructions* by unpublished opinion per Roe, J., concurred in by Munson, C.J., and McInturff, J.